

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Donald Gene Shelby, Appellant

No. 06-16-00027-CR     v.

The State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-12-24433). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Donald Gene Shelby, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 4, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk